# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 19-04589MJ-002-TUC-EJM |
| Plaintiff, | **ORDER** |
| v. | |
| Abdi Yemani Hussein, | |
| Defendant. | |

The Court having reviewed the government's Motion to Compel Production of Biometrics [Doc. 19],

**IT IS ORDERED** that the government shall file a Memorandum of Points and Authorities in support of its Motion, and the defendant shall have fourteen (14) days from the date of the filing of the government's Memorandum of Points and Authorities within which to file a responsive memorandum.

Dated this 7th day of August, 2019.

Eric J. Markovich
United States Magistrate Judge