AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. CR 19-02162-2-TUC-JGZ |
| Abdi Yemani Hussein | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   American Airlines
       Attn: Corporate Security
       4333 Amon Carter Blvd.
       Ft. Worth, TX 76155

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse 405 W. Congress Tucson, AZ 85701-5040 | Courtroom No.: |
|---|---|
| | Date and Time: September 16, 2019 5:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Attachment A.

Date:   September 5, 2019

CLERK OF COURT

s/ Brian D. Karth, Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* The United States of America _____, who requests this subpoena, are:

Beverly K. Anderson, Kevin C. Hakala, and Nicole P. Savel
Assistant United States Attorneys
405 W. Congress, Suite 4800
Tucson, AZ 85701
520-620-7300
Bev.Anderson@usdoj.gov
Kevin.Hakala@usdoj.gov, Nicole.Savel@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR 19-02162-2-TUC-JGZ

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* American Airlines
was received by me on *(date)* 9/10/19 .

☑ I served the subpoena by delivering a copy to the named person as follows: American Airlines
via Email Coporate.Security@aa.com
on *(date)* 9/10/19 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/10/19

_____
*Server's signature*

SA Mike Matani
*Printed name and title*

275 N. Commerce Park Lp, Tucson, AZ 85745
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR 19-02162-2-TUC-JGZ

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00         .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Ahmed Mahad Mohamed<br>*Defendant* | )<br>)<br>)  Case No. CR 19-02162-1-TUC-JGZ<br>)<br>)<br>) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Wells Fargo Bank
    3655 E. Grant
    Tucson AZ, 85716

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse<br>405 W. Congress<br>Tucson, AZ 85701-5040 | Courtroom No.: |
|---|---|
| | Date and Time: September 16, 2019 5:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Attachment A.

Date: September 5, 2019

*CLERK OF COURT*

s/ Brian D. Karth, Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* The United States of America _____, who requests this subpoena, are:

Beverly K. Anderson, Kevin C. Hakala, and Nicole Savel
Assistant United States Attorneys
405 W. Congress, Suite 4800
Tucson, AZ 85701
520-620-7300
Bev.Anderson@usdoj.gov
Kevin.Hakala@usdoj.gov, Nicole.savel@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR 19-02162-1-TUC-JGZ

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Wells Fargo Bank
was received by me on *(date)* 9/10/19.

☑ I served the subpoena by delivering a copy to the named person as follows:
Kathya Castro, Personal Banker Wells Fargo
on *(date)* 9/10/19          ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/10/19

_____
Server's signature

SA Mike Motori
Printed name and title

275 N Commerce Park Lp, Tucson AZ 85745
Server's address

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR 19-02162-1-TUC-JGZ

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. CR 19-02162-1-TUC-JGZ |
| Ahmed Mahad Mohamed | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Bank of America, N.A.
Attn. Legal Order Processing
800 Samoset Dr
Newark, DE 19713

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse<br>405 W. Congress<br>Tucson, AZ 85701-5040 | Courtroom No.: |
|---|---|
| | Date and Time: September 16, 2019 5:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Attachment A.

Date: September 5, 2019

CLERK OF COURT

s/ Brian D. Karth, Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* The United States of America _____, who requests this subpoena, are:

Beverly K. Anderson, Kevin C. Hakala, and Nicole P. Savel
Assistant United States Attorneys
405 W. Congress, Suite 4800
Tucson, AZ 85701
520-620-7300
Bev.Anderson@usdoj.gov
Kevin.Hakala@usdoj.gov, Nicole.savel@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR 19-02162-1-TUC-JGZ

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Bank of America
was received by me on *(date)* 9/10/19 .

☑ I served the subpoena by delivering a copy to the named person as follows:
Kayla Jacobs, Financial Manager, BOA
on *(date)* 9/10/19 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/10/19

_____
Server's signature

SA Mike Mtari
Printed name and title

275 N. Comer Park Lp, Tucson, AZ 85745
Server's address

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR 19-02162-1-TUC-JGZ

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><u>Abdi Yemani Hussein</u><br>*Defendant* | )<br>)  Case No.  CR 19-02162-2-TUC-JGZ<br>)<br>)<br>) |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To: Bank of America, N.A.
Attn: Legal Order Processing
800 Samoset Dr
Newark, DE 19713

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse<br>405 W. Congress<br>Tucson, AZ  85701-5040 | Courtroom No.: |
|---|---|
| | Date and Time:  September 16, 2019 5:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Attachment A.

Date:  September 5, 2019

*CLERK OF COURT*

s/ Brian D. Karth, Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* The United States of America _____, who requests this subpoena, are:

Beverly Anderson, Kevin C. Hakala, and Nicole P. Savel
Assistant United States Attorneys
405 W. Congress, Suite 4800
Tucson, AZ  85701
520-620-7300
Bev.Anderson@usdoj.gov
Kevin.Hakala@usdoj.gov, Nicole.savel@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR 19-02162-2-TUC-JGZ

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Bank of America
was received by me on *(date)* 9/10/19 .

☑ I served the subpoena by delivering a copy to the named person as follows:
Kayla Jacobs, Financial Manager, BOA
on *(date)* 9/10/19 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/10/19

_____
*Server's signature*

SA Mike Mtoni
*Printed name and title*

225 N. Commerce Park Lp, Tucson AZ 85745
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR 19-02162-2-TUC-JGZ

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. CR 19-02162-1-TUC-JGZ |
| Ahmed Mahad Mohamed | ) | |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:  American Airlines
     Attn: Corporate Security
     4333 Amon Carter Blvd.
     Ft. Worth, TX 76155

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse 405 W. Congress Tucson, AZ 85701-5040 | Courtroom No.: |
|---|---|
| | Date and Time: September 16, 2019 5:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Attachment A.

Date:  September 5, 2019

*CLERK OF COURT*

s/ Brian D. Karth, Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* The United States of America _____, who requests this subpoena, are:

Beverly K. Anderson, Kevin C. Hakala, and Nicole P. Savel
Assistant United States Attorneys
405 W. Congress, Suite 4800
Tucson, AZ 85701
520-620-7300
Bev.Anderson@usdoj.gov
Kevin.Hakala@usdoj.gov, Nicole.savel@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR 19-02162-1-TUC-JGZ

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* American Airlines

was received by me on *(date)* 9/10/19 .

[✓] I served the subpoena by delivering a copy to the named person as follows: American Airlines Via Email Coporate.Security@aa.com

on *(date)* 9/10/19 ; or

[ ] I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/10/19

*Server's signature*

SA Mike Mutari
*Printed name and title*

275 N Commerce Park Lp, Tucson, AZ 85745
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR 19-02162-1-TUC-JGZ

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: