PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Arizona State Bar No. 010547
NICOLE P. SAVEL
Arizona State Bar No. 015958
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Bev.Anderson@usdoj.gov
Email: Nicole.Savel@usdoj.gov

ALICIA H. COOK
DANIELLE S. ROSBOROUGH
Trial Attorneys
Counterterrorism Section
National Security Division
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
Telephone: 202-514-0110
Email: Alicia.Cook2@usdoj.gov
Email: Danielle.Rosborough@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR19-02162-TUC-JGZ(EJM) |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF INTENT TO INTRODUCE EXPERT WITNESS TESTIMONY |
| Ahmed Mahad Mohamed, et al., | |
| Defendant. | |

The United States of America, through undersigned counsel, hereby provides notice that it intends to introduce certain evidence pursuant to Rule 702 of the Federal Rules of Evidence at the trial of this matter. Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States hereby gives notice of its intent to use expert witness

testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief and/or in rebuttal at trial.

**Dr. Lorenzo Vidino, Director of the Program on Extremism,  
George Washington University**

The United States intends to introduce expert testimony from Lorenzo Vidino. The government anticipates calling Dr. Lorenzo Vidino as an expert with respect to the global jihadist movement, to include testimony regarding the history, ideology, objectives, structure, and leadership of organizations participating in the movement, such as Al Qaeda, al-Shabaab, and ISIS. Based on his years of experience, training, and research, it is anticipated that Dr. Vidino's testimony will, in part, cover the following topics as set forth below. This Notice may be supplemented at a later date.

1. **The global jihadist movement.** The government anticipates that Dr. Vidino will testify about the global jihadist movement and the religious and historical trends that gave rise to groups comprising the movement, including Al Qaeda, Al Qaeda in Iraq, al-Shabaab, and ISIS. He will likely also describe these groups' overall goals and structures, training and recruitment methods, geographical location and activity, co-existence and competition with one another, use of armed conflict, and common goal to establish a state under Shariah law.

2. **Explanation of government evidence and exhibits.** The government anticipates Dr. Vidino will testify about the meaning and significance of various terms, including but not limited to mujahedeen, kuffar, hijrah, caliphate, and jihad, that appear in the testimony of other witnesses and exhibits offered by the government. Dr. Vidino will also testify about terms

and concepts commonly seen in extremist propaganda, such as takfir and martyrdom, and extremist organizations' exploitation of distinctions between Sunni and Shia Muslims.

3. **Extremist propaganda and recruitment.** The government anticipates Dr. Vidino will also testify about the propaganda and recruiting efforts of extremist organizations, including the need for new recruits and extremist organizations' use of social media, written communications, online communications, music, and video productions. Dr. Vidino will also likely testify about key figures in cases of radicalization in North America, particularly Anwar al-Awlaki. The government also expects Dr. Vidino will testify about the travel of persons from North America to join foreign terrorist organizations overseas.

4. **Radicalization.** The government anticipates Dr. Vidino will testify that radicalization is a process by which an individual accepts a set of extreme ideas, including the legitimization of the use of violence, and that there is no typical profile of an individual who is susceptible to radicalization. The government also anticipates Dr. Vidino will testify radicalization can occur without personal contact from a member of a terrorist organization, and may begin by consuming propaganda online.

5. **ISIS.** The government anticipates Dr. Vidino will testify about ISIS's history, including the 2003 invasion of Iraq, the subsequent insurgency and counterinsurgency, the rise of ISIS following the Arab Spring, the conflict in Syria, ISIS's declaration of a caliphate in June 2014, and its use of terrorism to further its goals of creating a caliphate, holding a territory, and bringing about an apocalyptic confrontation with the West. The government

anticipates Dr. Vidino will explain ISIS and its structure, including former leaders such as Abu Bakr al-Baghdadi; goals and objectives; behavior and activities; terrorist activity and terrorism; and recruitment tactics and methods. The government anticipates Dr. Vidino will also testify about ISIS's propaganda efforts, including ISIS's production of written publications such as Dabiq and Rumiyah. Dr. Vidino will likely detail physical attacks conducted or attempted by ISIS and persons inspired by ISIS, including acts of terrorism attributed to ISIS that would have been well-publicized in the United States. Dr. Vidino will also likely explain the various iterations of ISIS, including: al Qaeda in Iraq, Islamic State of Iraq and the Levant, Islamic State, ISIL, Islamic State of Iraq and al-Sham, and Islamic State of Iraq and Syria. It is anticipated he will explain that ISIS is and was at the times relevant to this case a designated foreign terrorist organization.

6. **Al-Shabaab.** The government anticipates Dr. Vidino will testify about the origins, ideology, activities, and structure of al-Shabaab, and connections between al-Shabaab and al Qaeda and ISIS. Dr. Vidino is also likely to testify about the fluidity of support for various organizations within the global jihadist ideology in general, and specifically about the transition of support between groups such as al-Shabaab and ISIS.

/// /// ///
/// /// ///
/// /// ///

Dr. Vidino's published works, presentations, and cases in which he has previously presented expert testimony are listed in his curriculum vitae. The CV will be disclosed under separate cover.

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

*s/Beverly K. Anderson*

BEVERLY K. ANDERSON
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 2nd day of April, 2021

Thomas Scott Hartzell, Esq.
Bradley King Roach, Esq