PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Arizona State Bar No. 010547
NICOLE P. SAVEL
Arizona State Bar No. 015958
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Bev.Anderson@usdoj.gov
Email: Nicole.Savel@usdoj.gov

ALICIA H. COOK
DANIELLE S. ROSBOROUGH
Trial Attorneys
Counterterrorism Section
National Security Division
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
Telephone: 202-514-0110
Email: Alicia.Cook2@usdoj.gov
Email: Danielle.Rosborough@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-19-02162-TUC-JGZ- (EJM)-001 |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF INTENT TO INTRODUCE EXPERT WITNESS TESTIMONY |
| Ahmed Mahad Mohamed, et al., | |
| Defendant. | |

The United States of America, through undersigned counsel, hereby provides notice that it intends to introduce certain evidence pursuant to Rule 702 of the Federal Rules of Evidence at the trial of this matter. Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States hereby gives notice of its intent to use expert witness

testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief and/or in rebuttal at trial.

**Alan Vanderploeg**
**Special Agent/Forensic Examiner**
**Computer Analysis Response Team (CART)**
**Federal Bureau of Investigation**
**Phoenix Division/Tucson Residence Agency**

Absent stipulation, the United States intends to introduce expert testimony from Federal Bureau of Investigation Special Agent Alan Vanderpoloeg. Special Agent Alan Vanderpoloeg will testify as an expert regarding the forensic examination conducted of laptops, computers, hard drives, sim cards, USB drives, cell phones, and other digital media seized and searched in this case. He will testify regarding the extraction process and results of the analyses conducted.

This notice is provided in advance of trial and may be subject to change, depending on any stipulations or agreements, or other discussion between the parties. This notice is also being provided to avoid unnecessary delay at trial and to litigate in advance of trial any matters that may arise out of this notice of expert testimony.

Based upon the Government's compliance with Rule 16(a)(1)(G), the United States requests that the defendant provide reciprocal summary testimony notice of any expert witness, or subjects of expert testimony, in the above matter pursuant to Rule 16(b)(1)(C).

/// /// ///
/// /// ///
/// /// ///

The Government reserves the right to supplement this notice, as to this witness and additional witnesses in the future, based in part on the Defendant's anticipated compliance with Rule 16(b)(1)(A), (B) and (C).   The noticed experts' curriculum vitae has been or will be promptly provided upon receipt through the disclosure process.

Respectfully submitted this 9th day of April 2021.

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

*s/Beverly K. Anderson*

BEVERLY K. ANDERSON
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 9th day of April 2021 to:

Thomas Scott Hartzell, Esq
Bradley King Roach, Esq.