PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Arizona State Bar No. 010547
NICOLE P. SAVEL
Arizona State Bar No. 015958
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: Bev.Anderson@usdoj.gov
Email:  Nicole.Savel@usdoj.gov

ALICIA H. COOK
DANIELLE S. ROSBOROUGH
Trial Attorneys
Counterterrorism Section
National Security Division
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530
Telephone:  202-514-0110
Email:  Alicia.Cook2@usdoj.gov
Email:  Danielle.Rosborough@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>  vs.<br><br>Ahmed Mahad Mohamed, et al.,<br><br>            Defendant. | CR 19-02162-TUC-JGZ (EJM)<br><br>NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1(a) |

     Notice is hereby given, pursuant to LRCrim 16.1(a), that all confessions, admissions and statements provided in government disclosure may be introduced into evidence by the government at the trial in this matter.

/// /// ///

*See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

      Respectfully submitted this 9th day of April 2021.

> PAUL ANTHONY MARTIN
> Acting United States Attorney
> District of Arizona
>
> *s/Beverly K. Anderson*
>
> BEVERLY K. ANDERSON
> Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this_9th_day of April 2021, to:

Thomas Scott Hartzell, Esq.
Bradley King Roach, Esq.