1

**ROACH LAW FIRM, L.L.C.**
Brad Roach
2
Arizona State Bar No. 017456
101 E. Pennington Street, Suite 201
3
Tucson, AZ 85701
(520) 628-4100
4
Attorney for Defendant

5

UNITED STATES DISTRICT COURT
6
DISTRICT OF ARIZONA
7

8

| THE UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:19-CR-02162-JGZ-EJM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO WITHDRAW AS COUNSEL |
| | ) | |
| Abdi Hussein, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

15        COMES NOW counsel Brad Roach, hereby respectfully requests that the Court withdraw

16   Mr. Roach as attorney of record and another attorney be appointed in his place.

17        Relations with Defendant have been irreparably broken.  The Defendant feels that

18   Counsel does not have his best interests in mind and no longer wishes to communicate with

19   Counsel.

20

21

22        RESPECTFULLY SUBMITTED this 1ˢᵗ day of June, 2021.

23

24                                                          */s/ Brad Roach*
                                                              Brad Roach
25                                                            Attorney for Defendant