DAN H. COOPER, BAR NO. 004900
Cooper & Udall, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | 19-CR-02162-JGZ-EJM-2 |
|---|---|---|
| Plaintiff, | ) | **DEFENSE COUNSEL'S MOTION** |
| vs. | ) | **OF NO OBJECTION TO THE** |
|  | ) | **PROTECTIVE ORDER OR** |
| Abdi Yemani Hussein, | ) | **MODIFIED PROTECTIVE** |
|  | ) | **ORDER** |
| Defendant. | ) |  |

Undersigned counsel hereby informs the court that he has no objection to the Protective Order (Document 42) and Modified Protective Order (Document 47).

RESPECTFULLY SUBMITTED this 10th day of June, 2021.

By  s/ *Dan H. Cooper*
Dan H. Cooper

1