DAN H. COOPER, BAR NO. 004900
Cooper & Udall, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | ) CR-19-02162- JGZ-EJM-2 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **MOTION FOR STATUS** |
| | ) **CONFERENCE** |
| Abdi Yemani Hussein, | ) |
| Defendant. | ) |

Abdi Hussein, through undersigned counsel, moves for a status conference in the above-captioned matter. Counsel was appointed one week ago and has only recently received disclosure. There are deadlines approaching in the case counsel is unable to meet. A status conference will assist in determining deadlines as well as possible trial dates.

RESPECTFULLY SUBMITTED this 16th day of June, 2021.

By  s/ *Dan H. Cooper*
    Dan H. Cooper

1