# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-19-02162-001-TUC-JGZ (EJM) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Ahmed Mahad Mohamed, et al., | |
| Defendants. | |

The Court has reviewed Defendant Abdi Yemani Hussein's Motion for Status Conference. The motion does not state the co-defendant's or the Government's position as to the motion, therefore,

IT IS ORDERED denying without prejudice the motion for status conference. (Doc. 113.)

IT IS FURTHER ORDERED all counsel must meet and discuss the current deadlines and trial date. If a party is unable to meet the existing deadlines and scheduled trial date, counsel shall jointly submit proposed interim deadlines and a trial date. The filing must be filed within 14 days of the date of this order and must set forth the agreed-upon deadlines and any disagreements about proposed deadlines. Upon receipt of the parties' submission, the Court will determine whether a status conference is necessary.

Dated this 22nd day of June, 2021.

Honorable Jennifer G. Zipps
United States District Judge