GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Arizona State Bar No. 010547
NICOLE P. SAVEL
Arizona State Bar No. 015958
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Bev.Anderson@usdoj.gov
Email: Nicole.Savel@usdoj.gov

MARK J. LESKO
Acting Assistant Attorney General
U.S. Department of Justice
National Security Division
ALICIA H. COOK
DANIELLE S. ROSBOROUGH
Trial Attorneys
Counterterrorism Section
950 Pennsylvania Ave, NW
Washington, DC 20530
Telephone: 202-514-0110
Email: Alicia.Cook2@usdoj.gov
Email: Danielle.Rosborough@usdoj.gov
Attorneys for Plaintiff

FILED

2021 JUL 14  PM 3: 08

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Ahmed Mahad Mohamed,<br>(Counts 1-3)<br><br>2. Abdi Yemani Hussein,<br>(Counts 1-2 and 4)<br>Defendants. | CR 19-02162-TUC-JGZ-(EJM)<br><br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>Violations:<br><br>18 U.S.C. § 2339B<br>(Conspiracy to Provide Material Support and Resources to a Designated Foreign Terrorist Organization)<br>Count 1<br><br>18 U.S.C. §§ 2339B and 2<br>(Attempting to Provide Material Support and Resources to a Designated Foreign Terrorist Organization)<br>Count 2 |

18 U.S.C. § 1546(a)
(False Swearing in Immigration
Matter)
Counts 3, 4

18 U.S.C. §§ 981(a)(1)(C) and (G); 28
U.S.C. § 2461
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

## COUNT 1

From a time unknown to the Grand Jury to on or about July 26, 2019, in the District of Arizona and elsewhere, defendants AHMED MAHAD MOHAMED and ABDI YEMANI HUSSEIN, and others known and unknown to the Grand Jury, knowingly conspired and agreed with each other to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), that is, personnel, namely themselves and each other, to a foreign terrorist organization, namely the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIS was a designated terrorist organization, and knowing that ISIS had engaged in, and was engaging in, terrorist activity and terrorism.

In violation of Title 18, United States Code, Section 2339B.

## COUNT 2

From a time unknown to the Grand Jury to on or about July 26, 2019, in the District of Arizona and elsewhere, AHMED MAHAD MOHAMED and ABDI YEMANI HUSSEIN, knowingly attempted to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), that is, personnel, namely themselves and each other, to a foreign terrorist organization, namely the Islamic

1   State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the

2   Secretary of State as a foreign terrorist organization pursuant to Section 219 of the

3   Immigration and Nationality Act, knowing that ISIS was a designated foreign terrorist

4   organization, and knowing that ISIS had engaged in, and was engaging in, terrorist

5   activity and terrorism.

6         In violation of Title 18, United States Code, Sections 2339B and 2.

7                                **COUNT 3**

8         On or about April 5, 2019, in the District of Arizona, the defendant, AHMED

9   MAHAD MOHAMED, did knowingly make under oath a false statement with respect to

10   a material fact in an application, a document required by the immigration laws and

11   regulations prescribed thereunder, that is, a Form I-131, Application for Travel

12   Document, by:

13       1.  Stating under Part 4, 1.a. that the purpose of the trip was to "visit my friends",

14           which statement the Defendant then and there knew was false, in that the

15           Defendant intended to travel to Cairo, Egypt and to the Sinai Peninsula, into

16           ISIS territory to join ISIS; and

17       2.  Stating under Part 4, 1.b. that he intended to visit "Uganda", which statement

18           the Defendant then and there knew was false, in that the Defendant intended to

19           travel to Cairo, Egypt and to the Sinai Peninsula, into ISIS territory to join

20           ISIS; and

21   in order to facilitate an act of international terrorism as defined in 18 U.S.C. § 2331.

22         In violation of Title 18, United States Code, Section 1546(a).

23                                **COUNT 4**

24         On or about June 12, 2019, in the District of Arizona, the defendant, ABDI

25   YEMANI HUSSEIN, did knowingly make under oath a false statement with respect to a

26   material fact in an application, a document required by the immigration laws and

27   *United States of America v. Mohamed et al*

28   *Indictment Page 3 of 5*

1  regulations prescribed thereunder, that is, a Form I-131, Application for Travel
2  Document, by:

3    1. Stating under Part 4, 1.a. that the purpose of the trip was "getting married",
4       which statement the Defendant then and there knew was false, in that the
5       Defendant intended to travel to Cairo, Egypt and to the Sinai Peninsula, into
6       ISIS territory to join ISIS;

7    2. Stating under Part 4, 1.b. that he intended to visit "Kenya, Germany", which
8       statement the Defendant then and there knew was false, in that the Defendant
9       intended to travel to Cairo, Egypt and to the Sinai Peninsula into ISIS territory
10      to join ISIS; and

11  in order to facilitate an act of international terrorism as defined in 18 U.S.C. § 2331.

12    In violation of Title 18, United States Code, Section 1546(a).

13                          **FORFEITURE ALLEGATION**

14    Upon conviction of one or more of the offenses alleged in Counts 1 through 2 of
15  this Indictment, defendants, AHMED MAHAD MOHAMED and ABDI YEMANI
16  HUSSEIN, shall forfeit to the United States:

17    1) pursuant to Title 18, United States Code Section 981(a)(1)(C) and Title 28, United
18       States Code, Section 2461(c), any property, real or personal, which constitutes or is
19       derived from proceeds traceable to said offenses; and

20    2) pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United
21       States Code, Section 2461(c), any and all assets, foreign and domestic, of the
22       defendants; any and all assets, foreign and domestic, affording the defendants a
23       source of influence over any entity or organization engaged in planning or
24       perpetrating any Federal crime of terrorism, as defined in Title 18, United States
25       Code, Section 2332b(g)(5); any and all assets, foreign and domestic, acquired or
26       maintained with the intent and for the purpose of supporting, planning, conducting,

27
28  *United States of America v. Mohamed et al*
    *Indictment Page 4 of 5*

1    or concealing any Federal crime of terrorism, as defined in Title 18, United States

2    Code, Section 2332b(g)(5); any and all assets, foreign and domestic, derived from,

3    involved in, or used or intended to be used to commit any Federal crime of terrorism,

4    as defined in Title 18, United States Code, Section 2332b(g)(5).

5    The property to be forfeited includes but is not limited to $10,000 in U.S. currency.

6    If any of the property described above, as a result of any act or omission of the

7 defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred

8 or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of

9 the court; d) has been substantially diminished in value; or e) has been commingled with

10 other property which cannot be divided without difficulty, it is the intent of the United

11 States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

12 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said

13 defendants up to the value of the above forfeitable property, including, but not limited to,

14 all property, both real and personal, owned by the defendants.

15    All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and (G) and

16 Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal

17 Procedure.

A TRUE BILL

_____/S/_____
FOREPERSON OF THE GRAND JURY
Dated: July 14, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR
PUBLIC DISCLOSURE**

/S/

BEVERLY K. ANDERSON
NICOLE P. SAVEL
Assistant United States Attorneys

*United States of America v. Mohamed et al
Indictment Page 5 of 5*