DAN H. COOPER, BAR NO. 004900
Cooper & Udall, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 19-CR-02162-JGZ-EJM-2 |
| | ) | |
| Plaintiff, | ) | **DEFENSE COUNSEL'S MOTION** |
| vs. | ) | **OF NO OBJECTION TO THE** |
| | ) | **PROTECTIVE ORDER** |
| Abdi Yemani Hussein, | ) | |
| | ) | |
| Defendant. | ) | |

Undersigned counsel hereby informs the court that he has no objection to the Protective Order (Document 115).

RESPECTFULLY SUBMITTED this 22nd day of July, 2021.

By  s/ *Dan H. Cooper*
       Dan H. Cooper

1