GARY M. RESTAINO
United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Arizona State Bar No. 010547
KEVIN C. HAKALA
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Bev.Anderson@usdoj.gov
Email: Kevin.Hakala@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
U.S. Department of Justice
National Security Division
ALICIA H. COOK
Trial Attorney
Counterterrorism Section
950 Pennsylvania Ave., NW
Washington, DC 20530
Telephone: 202-514-0110
Email: Alicia.Cook2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ahmed Mahad Mohamed, et al.,<br><br>Defendant. | CR-19-02162-TUC-JGZ (EJM)<br><br>NOTICE THAT GOVERNMENT FILED CLASSIFIED SUPPLEMENT *IN CAMERA, EX PARTE* AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER |

The government provides notice that on March 1, 2022, it filed an *ex parte, in camera,* and under seal classified supplement to the Government's Motion for Protective

//

//

//

//

Order (Dkt. 115) with the Court, through the Classified Information Security Officer.

Respectfully submitted this 1st day of March, 2022.

        GARY M. RESTIANO
        United States Attorney
        District of Arizona

        *s/Beverly K. Anderson*

        BEVERLY K. ANDERSON
        KEVIN C. HAKALA
        Assistant U.S. Attorneys

        MATTHEW G. OLSEN
        Assistant Attorney General
        U.S. Department of Justice
        National Security Division
        ALICIA H. COOK
        DANIELLE S. ROSBOROUGH
        Trial Attorneys

Copy of the foregoing served electronically or by
other means this 1st day of March, 2022 to:

Adam Bleier, Esq
Dan Cooper, Esq.